UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   09-28102-BKC-AJC
CELINE COLLINS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   185.66  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case.  Your trustee
     has made a good faith effort to verify the correct mailing
     address for said debtor(s)/Creditor(s) and deliver the funds
     before presenting this notice.  More than sufficient time has
     passed for these checks to be presented for payment, or the
     creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00  remaining in her bank
     account which represents small dividends as defined by FRBP
     3010.

     Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

     WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date: _____MAY 1 3 2010_____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

CELINE COLLINS
601 85TH STREET, #3
MIAMI BEACH, FL 33141

ANDREW BELLINSON, ESQ.
10000 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

LEXUS FINANCIAL SVCS
POB 790069
ST LOUIS, MO 63179

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   09-28102-BKC-AJC
CELINE COLLINS


                                          CHAPTER 13


CELINE COLLINS

601 85TH STREET, #3
MIAMI BEACH, FL 33141


ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161


LEXUS FINANCIAL SVCS          --------$       185.66
POB 790069                    *Returned to creditor*
ST LOUIS, MO 63179


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130